IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| RICHARD A. AWE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C04-3011-PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| I & M RAIL LINK, L.L.C., | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs take nothing and this action is dismissed with prejudice.


Dated: September 4, 2007          ROBERT PHELPS
                                  Clerk

                                  /s/ des
                                  _____
                                  (By) Deputy Clerk